# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SANDI HATHCOTE VAUGHN**                                **PLAINTIFF**

**V.**                **NO. 1:13CV00072-SA-JMV**

**COMMISSIONER OF SOCIAL SECURITY,**
Carolyn Colvin, et al.                                                 **DEFENDANTS**

## ORDER

The Plaintiff having been granted leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) and 1383(c)(3) without prepayment of costs or giving security therefor, it is

**ORDERED:**

1. That the clerk shall issue process for the defendant named in the complaint.

2. That the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

**THIS**, the 7th day of June, 2013.

                                                               **/s/ Jane M. Virden**
                                                             **U. S. MAGISTRATE JUDGE**